**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NITA FAYE JOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 08-210ML |
| vs. | ) | |
| | ) | |
| DAVOL INC. and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Defendants Davol Inc. and C.R. Bard, Inc., pursuant to Fed. R. Civ. P. 7.1, hereby file this Corporate Disclosure Statement and state as follows:

C.R. Bard, Inc. has no parent corporation and no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Date: May 29, 2008

Respectfully submitted,

/s/ Mark T. Nugent

/s/ Thomas M. Robinson_______________

Mark T. Nugent, #2637
Thomas M. Robinson, #6193
Morrison Mahoney, LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
Tel.: (401) 331-4660
Fax: (401) 351-4420

Attorneys for Defendants
DAVOL INC. and C.R. BARD, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2008, a copy of the foregoing Corporate Disclosure Statement has been electronically filed with the Clerk of Court via the Court's ECF filing system, and that service has been accomplished upon the following in the manner listed below:

Donald A. Migliori
Motley Rice
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067

*via ECF notification*

/s/ Thomas M. Robinson__________