**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NITA FAYE JOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 08-210ML |
| vs. | ) | |
| | ) | |
| DAVOL INC. and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION OF STATE COURT RECORDS**

Pursuant to Local Rule 81(b) and General Order 2003-01, the defendants C.R. Bard, Inc., and Davol, Inc., hereby submit a certified copy of the entire State Court docket as attached and incorporated by reference to this certification.

Dated: June 2, 2008

Respectfully submitted,

MORRISON MAHONEY, LLP

Mark T. Nugent, #2637
Thomas M. Robinson, #6193
MORRISON MAHONEY, LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
Tel.: (401) 331-4660
Fax: (401) 351-4420
Kirby T. Griffis, *pro hac vice*
Dana Alan Gausepohl, *pro hac vice*
Michael L. Junk, *pro hac vice*
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
Washington, DC 20005
Tel: (202) 898-5800
Fax: (202) 862-1639

ATTORNEYS FOR DEFENDANT
DAVOL INC. AND DEFENDANT
C.R. BARD, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4th, 2008, a copy of the foregoing Corporate Disclosure Statement was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made upon the following in the manner listed below:

Donald Migliori
Motley Rice
321 South Main Street
Providence, RI 02903

*Via first-class, postage prepaid, mail*

BY: ______

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

**Case ID: PC-2008-3719** **NITA FAYE JOWERS V DAVOL INC**

Filing Date: 05-27-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: KUGEL PATCH
Status Date: 05-29-2008

Plaintiff: NITA JOWERS
ID: @11019785

Attorney: DONALD MIGLIORI
Attorney: VINCENT GREENE
Attorney: LEAH DONALDSON

Defendant: DAVOL INC
ID: @10987478
Defendant: C R BARD INC
ID: @10987479

### Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

### Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

### Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

### Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-27-2008 | COMPLAINT FILED | |
| 05-27-2008 | INITIAL FILING FEE | |
| 05-28-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP274171. |
| 05-29-2008 | NOTICE OF REMOVAL | Affiliated: DAVOL INC |
| 05-29-2008 | CASE REMVD TO US DISTRICT CT | CASE # 08 - 210 NK |
| 05-29-2008 | OTH DOC FILED DURING DISCOV | |

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island